IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAID SEARCH ENGINE TOOLS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO!, INC., GOOGLE, INC. and MICROSOFT CORPORATION,<br><br>    Defendants. | C.A. NO. 2-07-CV-403 (DF-CE)<br><br>JURY TRIAL DEMANDED |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time for Filing Reply filed by Defendants Google Inc. and Microsoft Corporation. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the new deadline for filing a Reply to Plaintiff's Opposition to Google and Microsoft's Motion for Summary Judgment of Invalidity is December 23, 2009.

SIGNED this 15th day of December, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE