**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:08-CV-61(DF-CE) |
| | § | |
| GOOGLE, INC., ET AL | § | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:07-CV-403(DF-CE) |
| | § | |
| YAHOO!., ET AL | § | |

*Markman* /**Motion Hearing Minutes**
**February 10, 2010**

| **OPEN:** 9:00 a.m. | **ADJOURN: 1:50 p.m.** |
|---|---|

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Jim Warriner |
| COURTROOM DEPUTY: | Jan Lockhart, PLS, CP |
| COURT REPORTER: | Shelly Holmes, CSR |

9:00 a.m. Court opened. The attorneys announced ready. The Court gave the parties preliminary instructions regarding the time allowed for the hearing.

9:01 a.m. Mr. Chambers presented a 5-minute tutorial as part of Plaintiff's position on claim construction.

9:06 a.m. Mr. Chambers conducted claim construction argument on behalf of Plaintiff. The Court responded.

Page 2
February 10, 2010

10:03 a.m.  Mr. Verhoeven presented claim construction argument on behalf of Defendants.  The Court responded.

10:38 a.m.  Morning recess until 11:00 a.m.

11:00 a.m.  Mr. Verhoeven continued claim construction argument on behalf of Defendants.

11:44 a.m.  Mr. Lumish presented additional claim construction argument on behalf of Defendants.

11:56 a.m.  Mr. Chambers presented rebuttal claim construction argument on behalf of Plaintiff.

12:12 p.m.  Court to hear Defendants' Motion for Summary Judgment argument at 1:15 p.m.  Court adjourned.

1:16 p.m.  Back on the record.  Mr. Verhoeven presented argument on Defendants' Motion for Summary Judgment.

1:32 p.m.  Mr. Chambers presented argument on behalf of Plaintiff.

1:45 p.m.  Mr. Verhoeven presented rebuttal argument on behalf of Defendants.

1:50 p.m. Court adjourned.