CLERK'S OFFICE COPY

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS FEB 21 2012 BY DAVID J. MALAND, CLERK DEPUTY*

---

PAID SEARCH ENGINE TOOLS, LLC,
*Plaintiff-Appellant,*

v.

YAHOO! INC.,
*Defendant-Appellee,*

and

GOOGLE INC.,
*Defendant-Appellee,*

and

MICROSOFT CORPORATION,
*Defendant-Appellee.*

---

2011-1281

---

Appeal from the United States District Court for the Eastern District of Texas in No. 07-CV-0403, Judge David J. Folsom.

---

## JUDGMENT

---

WARREN JEFFREY SEFTON, Keating Muething & Klekamp, PLL, of Cincinnati, Ohio, argued for plaintiff-appellant. With him on the brief was J. ROBERT CHAMBERS, Wood Herron & Evans, LLP, of Cincinnati, Ohio.

DAVID A. PERLSON, Quinn Emanuel Urquhart & Sullivan LLP, of San Francisco, California, argued for all defendants-appellees. With him on the brief for defendant-appellee Google Inc., were CHARLES K. VERHOEVEN, EMILY C. O'BRIEN and ANTONIO R. SISTOS. On the brief for defendant-appellee Yahoo! Inc., were DOUGLAS E. LUMISH, Kasowitz Benson Torres & Friedman LLP, of San Francisco, California; and EDWARD R. REINES, Weil, Gotshal & Manges LLP, of Redwood Shores, California. On the brief for defendant-appellee Microsoft Corp., were CONSTANTINE L. TRELA, JR. and RICHARD A. CEDEROTH, Sidley Austin LLP, of Chicago, Illinois; and BRYAN K. ANDERSON, of Palo Alto, California. Of counsel was TACY F. FLINT

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

February 13, 2012
Date

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2012

JAN HORBALY
CLERK