NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

PAID SEARCH ENGINE TOOLS, LLC,
*Plaintiff-Appellant,*

v.

YAHOO! INC.,
*Defendant-Appellee,*

and

GOOGLE INC.,
*Defendant-Appellee,*

and

MICROSOFT CORPORATION,
*Defendant-Appellee.*

2011-1281

Appeal from the United States District Court for the Eastern District of Texas in No. 07-CV-0403, Judge David J. Folsom.

JUDGMENT

WARREN JEFFREY SEFTON, Keating Muething & Klekamp, PLL, of Cincinnati, Ohio, argued for plaintiff-appellant. With him on the brief was J. ROBERT CHAMBERS, Wood Herron & Evans, LLP, of Cincinnati, Ohio.

  DAVID A. PERLSON, Quinn Emanuel Urquhart & Sullivan LLP, of San Francisco, California, argued for all defendants-appellees. With him on the brief for defendant-appellee Google Inc., were CHARLES K. VERHOEVEN, EMILY C. O'BRIEN and ANTONIO R. SISTOS. On the brief for defendant-appellee Yahoo! Inc., were DOUGLAS E. LUMISH, Kasowitz Benson Torres & Friedman LLP, of San Francisco, California; and EDWARD R. REINES, Weil, Gotshal & Manges LLP, of Redwood Shores, California. On the brief for defendant-appellee Microsoft Corp., were CONSTANTINE L. TRELA, JR. and RICHARD A. CEDEROTH, Sidley Austin LLP, of Chicago, Illinois; and BRYAN K. ANDERSON, of Palo Alto, California. Of counsel was TACY F. FLINT

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

  PER CURIAM (LOURIE, LINN, and WALLACH, *Circuit Judges*).

AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

February 13, 2012      *[signature]*
Date          Jan Horbaly
            Clerk

**ISSUED AS A MANDATE:** MAR 2 1 2012

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FILED
FEB 13 2012
JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: *[signature]* Date: 3/21/12



**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**THE NATIONAL COURTS BUILDING**
717 MADISON PLACE, NW.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

United States District Court
Eastern District of Texas
106 William M. Steger Federal Building
and United States Courthouse
211 West Ferguson Street
Tyler, TX 75702

US OFFICIAL MAIL
$300 Penalty
For Private Use

$00.45
Mailed From 20439
03/21/2012
US POSTAGE
Hasler
016H2660139I